## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV8616　　　　　　　　　　　　　　　　　Purchased/Filed: October 4, 2007
STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

---

Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, et al　　　　Plaintiff

against

Realife Land Improvement, Inc. a/k/a Realife Landscapes, Inc.　　　　Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY　　SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 12, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____Realife Land Improvement, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__　Approx. Wt: __145__　Approx. Ht: __5'5"__
Color of skin: __White__　Hair color: __Blonde__　Sex: __F__　Other: _____

Sworn to before me on this
__16th__ day of _____October, 2007_____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice•Work Order # SP0708493

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179