UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60, <br><br> Plaintiffs, <br><br> -against- <br><br> REALIFE LAND IMPROVEMENT, INC. a/k/a REALIFE LANDSCAPES, INC., <br><br> Defendant. | Index # 07-CIV-8616 (SCR) <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, REALIFE LAND IMPROVEMENT, INC. a/k/a REALIFE LANDSCAPES, INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No.60, and against the Defendant, REALIFE LAND IMPROVEMENT, INC. a/k/a REALIFE LANDSCAPES, INC., in the sum of $128,872.44 which includes liquidated damages, interest, court costs and attorney's fees.

Dated: Elmsford, New York
       December 24, 2007

Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515