## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>REALIFE LAND IMPROVEMENT, INC. a/k/a REALIFE LANDSCAPES, INC.,<br>　　　　　　　　　　Defendant. | Index # 07-CIV-8616 (SCR)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on October 4, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, REALIFE LAND IMPROVEMENT, INC. a/k/a REALIFE LANDSCAPES, INC., on October 12, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 25, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of One Hundred Twenty Eight Thousand Eight Hundred Seventy Two Dollars and Forty Four Cents (**$128,872.44**) which includes the following: Benefit Fund Contributions due and owing in the sum of **$100,620.65** for the period 10/06-10/07; plus liquidated damages calculated at 10% of the principal amount owed to the Benefit Funds in the sum of **$10,062.06;** interest at the rate 10% per annum for each delinquent month through to November, 2007 in the sum of **$2,666.64;** attorneys' fees calculated at 15% of the principal delinquency amount in the sum of **$15,093.09;** plus court costs and disbursements of this action in the sum of **$430.00.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
   January 1, 2007

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.